UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID RABIEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY CORRECTIONAL FACILITY,<br><br>　　　　　　Defendant. | No. 2:20-cv-00514-TLN-DB<br><br>**ORDER** |

　　　　Plaintiff, a county inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 15, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 15, 2021 (ECF No. 13), are ADOPTED IN FULL;

2. This action is DISMISSED with prejudice for failure to obey a court order and failure to state a claim.

3. The Clerk of Court is directed to close the case.

DATED: April 13, 2021

Troy L. Nunley
United States District Judge

2